# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Wesley Ira Purkey

**v.**

William P. Barr et al.

**Case No:** 20-5207

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

William P. Barr, Attorney General

Michael Carvajal, Director BOP

John Doe 1 to X

### Counsel Information

Lead Counsel: Christopher J. Smith

Direct Phone: ( 202 ) 532-4154 Fax: (____) _____- Email: christopher.j.smith@usdoj.gov

2nd Counsel:

Direct Phone: (____) _____- Fax: (____) _____- Email:

3rd Counsel:

Direct Phone: (____) _____- Fax: (____) _____- Email:

Firm Name: U.S. Department of Justice, Criminal Division, Appellate Section

Firm Address: 950 Pennsylvania Ave NW, Ste 1706, Washington, DC 20530

Firm Phone: ( 202 ) 532-4154 Fax: (____) _____- Email: christopher.j.smith@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)