# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 20-5207      2. DATE DOCKETED: 7/15/20

3. CASE NAME (lead parties only) Purkey    v. Barr

4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ◯ Private Civil ◯ Criminal ◯ Bankruptcy
     ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ◯ Yes ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.      Bankruptcy Court Docket No.      Tax Court Docket No.
     Civil Action 19-03570      Bankruptcy _____      Tax _____
     Criminal _____      Adversary _____
     Miscellaneous _____      Ancillary _____

   b. Review is sought of:
     ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
     Judge Tanya S. Chutkan      Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 7/15/20    e. Date notice of appeal filed: 7/15/20

   f. Has any other notice of appeal been filed in this case?   ◯ Yes ⦿ No   If YES, date filed: _____

   g. Are any motions currently pending in trial court? ⦿ Yes ◯ No    If YES, date filed: _____
     If YES, identify motion Mtn. to Transfer filed 2/24/20; Mtn. for Exp. Disc. filed 6/23/20; Mtn. to Strike filed 7/2/20

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ◯ Yes ⦿ No
     If NO, why not?   No proceedings were conducted.

   i. Has this case been before the Court under another appeal number? ◯ Yes   Appeal # _____   ⦿ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
     ◯ Yes ⦿ No If YES, give each case's court and case name, and docket number:
     _____

   k. Does this case turn on validity or correct interpretation or application of a statute?   ◯ Yes ⦿ No
     If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ◯ Yes ⦿ No   If so, provide program name and participation dates
_____

Signature Christopher J. Smith      Date   7/15/20
Name of Party William P. Barr, et al.
Name of Counsel for Appellant/Petitioner Christopher J. Smith
Address 950 Pennsylvania Ave. NW, Suite 1264, Washington, DC 20530
Phone ( 202 ) 532-4154      Fax ( ___ ) ___ - ___

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ CHRISTOPHER J. SMITH
CHRISTOPHER J. SMITH