No. 20-5207

# In the United States Court of Appeals for the District of Columbia Circuit

WESLEY I. PURKEY,
PLAINTIFF-APPELLEE,

V.

WILLIAM P. BARR, ET AL.,
DEFENDANTS-APPELLANTS.

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

### A.    Parties and *Amici*

This is an appeal from a preliminary injunction of the U.S. District Court for the District of Columbia.

Appellants are William P. Barr, Michael Carvajal, and John Does 1-10.[1]

Appellee is Wesley Ira Purkey.

The plaintiff appearing before the district court was Wesley Ira Purkey.

Defendants appearing before the district court were William P. Barr, Michael Carvajal, Kathleen Hawk Sawyer, and John Does 1-10.

There are no intervenors or *amici*.

---

[1]  Purkey sued as John Does 1-10 the individuals employed or retained by the Bureau of Prisons to carry out his execution.

**B.      Rulings Under Review**

Appellants seek review of the July 15, 2020 opinion and order of the district court (Chutkan, J.) granting a preliminary injunction enjoining Purkey's execution until further order of the court. The district court's opinion and order are reproduced at A1-A14. No official citation exists.

**C.      Related Cases**

Appellants appeal from the district court's order in *Purkey v. Barr*, No. 19-03570 (D.D.C.). This case was not previously before this Court.

Related cases currently pending are: *T.J. Watson v. Purkey*, No. 20A4 (U.S.); *In the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, No. 19-mc-145 (D.D.C.); *Purkey v. United States*, No. 19-3318 (7th Cir. July 20, 2020); *Purkey v. Barr*, No. 19-cv-00517 (S.D. Ind.); *Hartkemeyer v. Barr*, No. 20-cv-00336 (S.D. Ind.).

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2020, I electronically filed the foregoing Certificate of Parties with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ CHRISTOPHER J. SMITH
CHRISTOPHER J. SMITH
 Attorney
 Appellate Section
 Criminal Division
 U.S. Department of Justice
 950 Pennsylvania Ave. NW
 Suite 1264
 Washington, DC 20530
 (202) 532-4154
 Christopher.J.Smith@usdoj.gov