

**U.S. Department of Justice**

Criminal Division

---

*Appellate Section*                                      *Washington, D.C. 20530*

VIA CM/ECF

July 15, 2020

Mr. Mark Langer
Clerk, United States Court of Appeals
  for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

RE:       *In re Matter of Federal Bureau of Prisons Execution Protocol Cases*,
            Nos. 20-5206 & 20-5210 (D.C. Cir.);
            *Purkey v. Barr*, No. 20-5207 (D.C. Cir.)

Dear Mr. Langer:

We write to inform the Court of a development regarding the stay of execution granted in *Purkey v. United States*, No. 19-3318, 2020 WL 3603779 (7th Cir. July 2, 2020), which plaintiffs rely on in opposing a stay or vacatur of the injunction in Case Nos. 20-5206 & 20-5210 (Stay Response at 18), and which this Court has previously relied on in denying the government's motion to stay or vacate an earlier injunction that the district court had entered in *In re Matter of Federal Bureau of Prisons Execution Protocol Cases*, No. 20-5199 (D.C. Cir.) (Order of July 13, 2020).

This afternoon, the Supreme Court vacated the Seventh Circuit's stay. *See United States v. Purkey*, No. 20A4 (enclosed). Accordingly, absent the preliminary injunctions under review here, the United States is prepared to execute Purkey today, as scheduled, if either this Court or the Supreme Court stays or vacates the injunctions.

Sincerely,

<u>/s/ Christopher J. Smith</u>
CHRISTOPHER J. SMITH
Attorney, Appellate Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.,
Room 1264
Washington, DC 20530
(202) 532-4154
Christopher.J.Smith@usdoj.gov

cc: All Counsel of Record

(ORDER LIST: 591 U.S.)

WEDNESDAY, JULY 15, 2020

ORDER IN PENDING CASE

20A4      UNITED STATES, ET AL. V. PURKEY, WESLEY I.

The application to vacate the stay of execution entered by the United States Court of Appeals for the Seventh Circuit on July 2, 2020, presented to Justice Kavanaugh and by him referred to the Court, is granted.

Justice Ginsburg, Justice Breyer, Justice Sotomayor, and Justice Kagan would deny the application.