# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

WESLEY I. PURKEY,

Plaintiff-Appellant,

v.

WILLIAM P. BARR, ET AL.,

Defendant-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA, D. CT. NO. 1:19-CV-3570 (HON. TANYA S.
CHUTKAN)

## PLAINTIFF-APPELLEE'S REPLY IN SUPPORT OF OPPOSITION TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO STAY OR VACATE PRELIMINARY INJUNCTION

Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile: (417) 873-9038
Email: michelle_law@fd.org

Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

July 15, 2020

*Counsel for Plaintiff-Appellant*

Defendants devote the majority of their reply to factual disputes. These are more properly resolved by the lower court in a hearing pursuant to *Panetti v. Quarterman*. However, newly raised erroneous factual and legal argument advanced by Defendants in their Reply warrant response.

In his Opposition Mr. Purkey informed this Court that he had just learned that Defendants had in their files "confirmation in their possession of significant structural abnormalities in Mr. Purkey's brain that are consistent with cognitive impairment such as vascular dementia or other conditions." Opp. At 15-16. Contrary to the Defendants' representations, defense expert Dr. Thomas M. Hyde, M.D., PhD., reviewed a written report prepared regarding an MRI performed on Mr. Purkey on July 8, 2020 and concluded that the MRI "reveals significant structural abnormalities in the brain that are consistent with cognitive impairment such as vascular dementia or other conditions." Declaration of Dr. Thomas M. Hyde, M.D., PhD. ¶ 9 (July 15, 2020) (Ex. 1).[1] Dr. Hyde further observed, based just on his review of that report, as follows:

> The MRI scan of the brain showed diffuse volume loss with specific involvement of the left hippocampus. Volume loss is seen in pathological processes affecting the brain, including vascular dementia and chronic traumatic encephalopathy. Volume loss means that there is a significant loss of brain tissue, and this manifests as cognitive impairment, particularly when the hippocampus is involved.

---

[1] As Mr. Purkey informed this Court, he learned of this only a few minutes before he filed his Opposition to Defendants' vacatur motion. Subsequently, he has obtained a declaration from his expert and proffers it here in support.

> The hippocampus is the brain structure that is a vital component in learning and memory. In addition to the volume loss (atrophy), the MRI scan showed lesions in the core of the brain (periventricular and subcortical white matter). Lesions in these regions of the brain interfere with the communication between brain regions, and often are seen in vascular dementia. Mr. Purkey has a strong family history of cerebrovascular disease, and is at higher risk for vascular dementia because of this family history. Subcortical white matter lesions also have been seen on MRI in individuals with chronic traumatic encephalopathy.

*Id.* Dr. Hyde's conclusions derive from a report that the BOP itself transmitted, albeit untimely, and they conclusively establish the substantial showing that has been made regarding Mr. Purkey's incompetency to be executed.

Finally, the Defendants' reliance on *Peterson v. Barr*, 2020 WL 3955951(7th Cir. July 12, 2020) and *Barr v. Lee*, 2020 W 3964985, at *2 are misplaced. Mr. Purkey did not assert an argument that Covid-19 precludes his execution. He argued that Covid-19, in combination with dilatory and obstructionist tactics by Defendants, had deprived him of his access to counsel and experts, to which he was constitutionally entitled pursuant to *Ford* and *Panetti* and statutorily entitled pursuant to 18 U.S.C. 3596(c). The cases cited by Defendants involved no such deprivation.

Mr. Purkey is the first federal prisoner to raise a *Ford* claim, and, in the 35 years since *Ford*, Defendants have neglected to create any process at all. They should not be permitted to fault Mr. Purkey for their failure. Notably, while they

now insist that jurisdiction is proper in Indiana, elsewhere they have repeatedly argued that Indiana lacks jurisdiction over the Defendants. *See e.g., Purkey v. Barr*, No. 2:19-cv-517-JMS-DLP (7/9/20), ECF 74, p.1. ( "Attorney Genreal Barr and Mr. Hurwitz have moved to dismiss the individual-capacity claims against them based on lack of personal jurisdiction…")[2]

Because the government and the public "lack an interest in enforcing a capital sentence obtained on so flawed a basis" this Court should affirm the lower court's ruling and uphold the stay. *Buck v. Davis*, 137 S. Ct. 759, 779 (2017)

DATED: July 15, 2020

Respectfully Submitted,

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com

*/s/Brian Fleming*
Brian Fleming (DC Bar #974889)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5871
Email: bfleming@milchev.com

---

[2] Similarly, while they assert that Mr. Purkey's writings establish his competence (Reply at 8) in another matter where counsel have alleged that his pro-se filings establish incompetence, the government have "take no position . . . regarding competency." *See Purkey v. Barr*, *et al.*, No. 2:19-cv-00517-JMS-DLP, ECF No. 77 at 1. *See also id.*, ECF No. 38 at 28.

/s/Rebecca E. Woodman
Rebecca E. Woodman (*pro hac vice*)
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

Michelle M. Law, MO Bar No. 45487
(appointment motion to be filed)
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Facsimile: (417) 873-9038
Email: michelle_law@fd.org

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1.      Exclusive of the exempted portions of the brief, as provided in Fed. R. App. P. 32(f), the brief contains 1237 words.

2.      The brief has been prepared in proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.  As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963
Email: CMcAleer@milchev.com July 15, 2020

# CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. With the exceptions noted below, counsel for parties to the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

I hereby further certify that on this 15th day of July 2020, I served copies of the attached via FedEx Overnight Mail on the following parties, who are not receiving ECF Notifications through CM/ECF.

*/s/Charles F.B. McAleer, Jr.*
Charles F.B. McAleer, Jr. (DC Bar #388681)
Miller & Chevalier Chartered
900 16th Street NW
Washington, D.C. 20006
Telephone: (202) 626-5963

Email: CMcAleer@milchev.com July 15, 2020