# Exhibit 1

|  |  |
|---|---|
| WESLEY IRA PURKEY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, *et al.,*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 1:19-cv-03570-TSC<br>)<br>)<br>)<br>)<br>) |

## SECOND DECLARATION OF THOMAS M. HYDE, M.D., Ph.D.

Thomas M. Hyde, M.D., Ph.D., pursuant to 28 U.S.C. §1746(2), declares as follows:

1. My official residency is in the state of Maryland, and I am over 18 years of age. I am competent to provide this declaration.

2. Unless otherwise stated below, the facts contained herein are based on my personal knowledge and any opinions expressed herein are based on my professional experience and the factual information presently available to me.

3. This declaration is intended to supplement my first declaration dated June 22, 2020 in the above-captioned action, a copy of which is attached as Exhibit A ("First Declaration").

4. Mr. Purkey's counsel requested that I prepare this second declaration with respect to the above-captioned action, as well as any requests by Plaintiff for testing, interviews and examinations of Mr. Purkey and/or for discovery.

5. In reference to Paragraphs 9 and 17 of my First Declaration, I still have been unable to schedule a visit to see Mr. Purkey to date for the reasons set forth in my First Declaration.

6. In reference to Paragraphs 8, 10 and 11 of my June 22, 2020 Declaration, I have still not received up to date medical and psychological records of Mr. Purkey from the prison

medical services provider and health care providers employed by the Federal Bureau of Prisons ("BOP"). A complete review of all medical and psychological records of Mr. Purkey remains essential when trying to establish the longitudinal course of illness with dementia, which, by definition, involves the progressive deterioration in memory and cognitive functions often with real life correlates in compromised level of function. In the absence of a complete set of BOP administrative, medical and psychological records and the opportunity to interview and examine Mr. Purkey, I reiterate that I cannot reach a definitive conclusion as to his neurological status or diagnosis, nor as to his level of capacity and competency.

7.      Within a reasonable degree of medical certainty, it remains my expert opinion that Mr. Purkey needs to undergo a complete neurological evaluation in order to ascertain his current cognitive status, symptomology and diagnosis. Without having interviewed and examined Mr. Purkey and obtained the relevant diagnostic testing, I am unable to render a definitive opinion as to his current level of cognitive impairment and diagnosis beyond those contained in my First Declaration. If and when a meeting with Mr. Purkey face-to-face and the necessary and appropriate diagnostic testing described above can all be completed safely, fully and appropriately, I would be able to render a definitive opinion as to his level of cognitive decline and neurological impairment.

8.      With reference to Paragraph 8 of my First Declaration, I issued medical orders on July 1, 2020 for the performance of the PET scans, MRI and EEG on Mr. Purkey described in my First Declaration, as well as various blood tests. True and genuine copies of those medical orders are attached hereto as Exhibit B. It is my understanding, on information and belief, that the first PET scan, the MRI and the blood tests were scheduled by the Bureau of Prisons (BOP) to be conducted on Wednesday, July 8, 2020 and that the second PET scan and EEG were scheduled by

the BOP to be conducted on Friday, July 10, 2020. At 11:30 a.m. on Tuesday, July 14, 2020, I received by Federal Express from the BOP a package containing a compact diskette (CD) and a thumb drive that, on information and belief, I understand contain the first PET scan and the MRI. I have attempted to access the data on the CDs and thumb drive but have been unable to do so because the images from the scans and/or images were sent on a disc and a thumb drive that is not readily accessible in my home office using an Apple-based MacIntosh computer interface. Due to the COVID-19 pandemic I have been working from home and do not have the programs on my computer necessary to instantaneously access those scans and images. Due to the myriad ways in which hospitals share these type of images, it is not possible for me to be able to read these images without the assistance of IT. The CD and thumb drive sent by the BOP did not contain any enabling programs that would allow me to access the data. I will need to work with my IT consultant in order to access the scans and images for my review.

9.      I have been provided a written report or analysis of an MRI that was performed on Mr. Purkey on July 8, 2020. I do not know the doctors or technicians who issued that written report, including their training or experience in performing and analyzing MRIs. I am also unaware whether the written report or analysis was prepared by doctors or technicians at the facility that administered the MRI on Mr. Purkey. I have not spoken with those persons. However, based on my review of that written report or analysis, and within a reasonable degree of medical certainty, my preliminary observation and conclusion regarding the data in that written report or analysis are that it reveals significant structural abnormalities in the brain that are consistent with cognitive impairment such as vascular dementia or other conditions. Specifically, the MRI scan of the brain showed diffuse volume loss with specific involvement of the left hippocampus. Volume loss is seen in pathological processes affecting the brain, including vascular dementia and chronic

3

traumatic encephalopathy.  Volume loss means that there is a significant loss of brain tissue, and this manifests as cognitive impairment, particularly when the hippocampus is involved.  The hippocampus is the brain structure that is a vital component in learning and memory.  In addition to the volume loss (atrophy), the MRI scan showed lesions in the core of the brain (periventricular and subcortical white matter).  Lesions in these regions of the brain interfere with the communication between brain regions, and often are seen in vascular dementia.  Mr. Purkey has a strong family history of cerebrovascular disease, and is at higher risk for vascular dementia because of this family history.  Subcortical white matter lesions also have been seen on MRI in individuals with chronic traumatic encephalopathy.

     I DECLARE PURSUANT TO 28 U.S.C. §1746(2) AND UNDER PENALTY OF PERJURY THAT THE FOREGOING FACTS ARE TRUE AND CORRECT.

     DATED:  July 15, 2020

                                   THOMAS M. HYDE, M.D., Ph.D.