# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5207**  **September Term, 2019**

**1:19-cv-03570-TSC**

**Filed On: July 15, 2020**

Wesley Ira Purkey,

        Appellee

    v.

William P. Barr, Attorney General, et al.,

        Appellants

**BEFORE:**    Rogers, Griffith, and Pillard, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that this appeal be expedited.  It is

**FURTHER ORDERED** that the following briefing schedule, or such other schedule as the parties may agree upon and that is workable for the court, will apply:

| | |
|---|---|
| Appellants' Brief | July 20, 2020 |
| Appellee's Brief | July 27, 2020 |
| Appellants' Reply Brief | August 3, 2020 |

An expedited date for oral argument will be set shortly.

All issues and arguments must be raised by appellants in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See D.C. Circuit Handbook of Practice and Internal Procedure 43 (2019); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 20-5207**                    **September Term, 2019**

Parties must hand deliver the paper copies of their briefs to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk
