**No. 20-5207**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**WESLEY IRA PURKEY,**
Petitioner-Appellee,

v.

**WILLIAM P. BARR, ATTORNEY GENERAL, et al.**
**Respondents-Appellants.**

---

**MOTION TO VACATE BRIEFING ORDER AND
DISMISS APPEAL AS MOOT**

On July 15, 2020, this Court denied the government's motion to stay the preliminary injunction barring the execution of Wesley Purkey, deferred ruling on the government's motion to vacate that injunction, and ordered expedited briefing on the government's appeal. A few hours later, on July 16, the Supreme Court vacated the "July 15, 2020 order granting a preliminary injunction." *Barr v. Purkey*, No. 20A9 (S. Ct.). Subsequently, the government implemented Purkey's lawful sentence. Because the Supreme Court vacated the injunction giving rise to the government's appeal, the government respectfully requests that this Court dismiss this case as moot and vacate its briefing order.

1

For these reasons, the government respectfully requests that the Court grant this motion.

Respectfully submitted,

/s/ Christopher J. Smith
CHRISTOPHER J. SMITH
Attorney
Appellate Section, Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave., NW, Ste. 1264
Washington, DC 20530
202-532-4154
Christopher.J.Smith@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2020, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Christopher J. Smith
Christopher J. Smith
U.S. Department of Justice
Criminal Division

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this motion complies with the type-volume limitations of Federal Rules of Appellate Procedure 27 and 32 because it contains 103 words and is written in Garamond 14-point font.

/s/ Christopher J. Smith
Christopher J. Smith
U.S. Department of Justice
Criminal Division