# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5207**                          **September Term, 2019**

**1:19-cv-03570-TSC**

**Filed On:** August 10, 2020

Wesley Ira Purkey,

      Appellee

    v.

William P. Barr, Attorney General, et al.,

      Appellants

## O R D E R

Upon consideration of appellants' motion to vacate the court's briefing order and to dismiss this appeal as moot, and the absence of any response to the motion, it is

**ORDERED** that the briefing schedule entered July 15, 2020, be vacated and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:    /s/
                    Daniel J. Reidy
                    Deputy Clerk