# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5207**                                    **September Term, 2019**

**1:19-cv-03570-TSC**

**Filed On: August 10, 2020** [1855808]

Wesley Ira Purkey,

      Appellee

    v.

William P. Barr, Attorney General, et al.,

      Appellants

## M A N D A T E

    In accordance with the order of August 10, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

              BY:    /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the order filed August 10, 2020